# United States Court of Appeals
## For the First Circuit

Nos. 13-1999

UNITED STATES OF AMERICA,

Appellee,

v.

CHRISTIAN J. MORALES,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on August 27, 2015 is amended as follows:

On page 2, line 12, change "base-offense level" to "base offense level"

On page 5, footnote 2, line 7, on page 8, line 20, and on page 9, line 2, change "2241©" to "2241(c)"

On page 12, footnote 3, line 7, change "activity" to "activity""